UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* CHRISTOPHER PURNELL AND PIERCE YORK,<br><br>Plaintiffs,<br><br>v.<br><br>BRONX ADDICTION SERVICES INTEGRATED CONCEPTS SYSTEM, INC., *et al.*,<br><br>Defendants. | 19 Civ. 6842 (AKH)<br><br>**UNDER SEAL** |

**ORDER**

The United States of America (the "Government") and the co-plaintiff State of New York having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the analogous New York State False Claims Act, N.Y.S. Fin. Law Art. 13 § 190(3)(c)(iii)(F), with respect to the claims raised in the Complaint filed by the relators in the above-captioned action;

IT IS ORDERED THAT:

1. The Complaint shall be unsealed thirty days after entry of this Order; and, in the event that the relators have not moved to dismiss this action, service upon the defendants by the relators is authorized as of that date. If the relators voluntarily dismiss the Complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relators may seek to modify this Order with the consent of the United States and the State of New York or by motion on notice to the United States and the State of New York.

2. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for, thirty days after entry of this Order, the Complaint, this Order, and the Government's and State of New York's Notices of Election to Decline Intervention. The relators will serve upon the defendants this Order and the Notices of Election to Decline Intervention only after service of the Complaint.

3. Upon the unsealing of the Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4. The parties shall serve all pleadings, motions, and notices of appeal filed in this matter, including supporting memoranda, upon the Government and the State of New York. The Government and the State of New York may order any transcripts of depositions. The Government and the State of New York may seek to intervene with respect to the allegations in the relators' Complaint, for good cause, at any time or seek dismissal of this action.

5. All orders of this Court in this matter shall be sent to the Government and the State of New York by the relators.

6. Should the relators or any defendant propose that this action or any of its allegations be dismissed, settled or otherwise discontinued, or that any defendant be dismissed from the case, the moving party (or parties) must solicit the written consent of the Government and the State of New York before applying for Court approval.

SO ORDERED:

Dated:

September _23_, 2021

New York, New York

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
United States District Judge